cause dismissed.

O'CONNOR, C.J., and O'DONNELL, KENNEDY, FRENCH, O'NEILL, FISCHER, and DEWINE, JJ., concur.

**2017-0240.    State ex rel. Darrington v. Franklin Cty. Common Pleas Court.**
In Mandamus and Procedendo. On motion to dismiss. Motion granted. Cause dismissed.

O'CONNOR, C.J., and O'DONNELL, KENNEDY, FRENCH, O'NEILL, FISCHER, and DEWINE, JJ., concur.

**2017-0252.    State ex rel. McDuffie v̇. Strickland Saffold.**
In Mandamus. On motion to dismiss. Motion granted. Cause dismissed.

O'CONNOR, C.J., and O'DONNELL, KENNEDY, FRENCH, O'NEILL, FISCHER, and DEWINE, JJ., concur.

**2017-0312.    Quinnie v. Keough.**
In Mandamus. On motion to dismiss. Motion granted. Cause dismissed.

O'CONNOR, C.J., and O'DONNELL, KENNEDY, FRENCH, O'NEILL, FISCHER, and DEWINE, JJ., concur.

**2017-0333.    Rasheed v. Rothgery.**
In Mandamus. On S.Ct.Pract.R. 12.04 determination. Cause dismissed.

O'CONNOR, C.J., and KENNEDY, FRENCH, O'NEILL, FISCHER, and DEWINE, JJ., concur.

O'DONNELL, J., dissents.

**2017-0377.    Page v. Franklin Cty. Probate Court.**
In Prohibition. On motion to expedite. Motion denied. On motion to dismiss. Motion granted. Cause dismissed.

O'CONNOR, C.J., and O'DONNELL, KENNEDY, FRENCH, O'NEILL, FISCHER, and DEWINE, JJ., concur.

**1987-1674.    State v. Broom.**
Cuyahoga App. No. 51237. On motion to set execution date. Motion granted.

O'NEILL, J., dissents for the reasons set forth in his dissenting opinion in *State v. Wogenstahl*, 134 Ohio St.3d 1437, 2013-Ohio-164, 981 N.E.2d 900.

**2011-2005.    State v. Dean.**
Clark App. No. 05–CR–348. On application for reopening under S.Ct. Prac. R. 11.06. Application denied. On motion to strike opposition to application for reopening. Motion denied.

**2017-0305.    State v. Steed.**
Wood App. No. WD–15–069, 2016-Ohio-8088. On motion for leave to file delayed appeal. Motion granted. Appellant shall file a memorandum in support of jurisdiction within 30 days of the date of this entry.

O'DONNELL and FRENCH, JJ., dissent.

**2017-0307.    State v. Rock.**
Lake App. No. 2016–L–088, 2016-Ohio-7445. On motion for leave to file delayed appeal. Motion denied.

O'NEILL, J., dissents.

**2017-0358.    State v. Hunter.**
Erie App. No. E–16–058. On motion for leave to file delayed appeal. Motion denied.

**2017-0362.    State v. Rock.**
Lake App. No. 2016–L–011, 2016-Ohio-8516. On motion for leave to file delayed appeal. Motion denied.

KENNEDY and FISCHER, JJ., dissent.

**2017-0366.    State v. Toyer.**
Lucas App. No. L–12–1299, 2014-Ohio-4338. On motion for leave to file delayed appeal. Motion denied.

**2017-0382.    State v. Durham.**
Cuyahoga App. Nos. 103352 and 103382, 2016-Ohio-7394. On motion for leave to file delayed appeal. Motion denied.

**2017-0393.    State v. Ashley.**
Cuyahoga App. No. 104305, 2017-Ohio-188. On motion for leave to file delayed appeal. Motion denied.